**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG, | No. CV 13-03676 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN G. ROBERTS, JR., *et al.*, | |
| Defendants. | |

On defendants' motion, the complaint has ben dismissed without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 8, 2013

_____
SUSAN ILLSTON
United States District Judge